LINDA L. WAUGH #T0046
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950 - 8907
Telephone:   670-664-2341
Fax:              670-664-2349
Email:           lwaugh@hawaii.edu

Attorney for Defendant Northern Marianas College

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| GERI L. WILLIS, | ) | CIVIL ACTION NO. 07-0014 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT |
| | ) | NORTHERN MARIANAS COLLEGE |
| NORTHERN MARIANAS COLLEGE | ) | ANSWER |
| and | ) | TO PLAINTIFF'S COMPLAINT |
| DOES I – V | ) | |
| | ) | |
| Defendant. | ) | |

NORTHERN MARIANAS COLLEGE, through counsel, hereby answers plaintiff's complaint as follows:

1.    In answer to the allegations in paragraph 1, defendant NMC admits that this court has jurisdiction.

2.    In answer to the allegations in paragraph 2, defendant NMC admits that the Complaint alleges unlawful employment practices were or are now being committed in Saipan. The rest and remainder of the allegations in paragraph 2 are denied.

3. The allegations in paragraph 3 are admitted.

4. The allegations in paragraph 4 are admitted.

5. The allegations in paragraph 5 are admitted.

6. In response to the allegations in paragraph 6, defendant NMC admits that plaintiff is suing defendant Does I through V by fictitious names. The rest and remainder of the allegations in paragraph 6 are denied.

7. In response to the allegations in paragraph 7, defendant NMC admits that plaintiff filed a charge of discrimination with the EEOC on or about January 26, 2006, and that the charge alleged violations of the ADEA. The rest and remainder of the allegations in paragraph 7 are denied.

8. The allegations in paragraph 8 are legal conclusions to which no answer is required. To the extent an answer is required, the allegations are denied.

9. The allegations in paragraph 9 are legal conclusions to which no answer is required. To the extent an answer is required, the allegations are denied.

10. The allegations in paragraph 10 are legal conclusions to which no answer is required. To the extent an answer is required, the allegations are denied.

11. The allegations in paragraph 11 are legal conclusions to which no answer is required. To the extent an answer is required, the allegations are denied.

12. Paragraph 12 is an incorporating paragraph to which no response is required. To the extent an answer is required, defendant NMC repeats its answers in paragraphs 1 – 11 herein.

13. The allegations in paragraph 13 are legal conclusions to which no answer is required.

To the extent an answer is required, the allegations are denied.

14. The allegations in paragraph 14 legal conclusions to which no answer is required. To the extent an answer is required, the allegations are denied.

15. The allegations in paragraph 15 are legal conclusions to which no answer is required. To the extent an answer is required, the allegations are denied.

16. The allegations in paragraph 16 are legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff voluntarily resigned from her position.

2. Plaintiff has failed to state a claim upon which relief may be granted.

3. Defendants are entitled to discretionary immunity.

4. Defendants reserve the right to assert additional defenses that might arise during the course of this proceeding, as discovery warrants.

## PRAYER FOR RELIEF

WHEREFORE, Defendants request the following relief:

1. That Plaintiff take nothing by reason of the Complaint.

2. That the Court dismiss the Complaint with prejudice.

3. For such other and further relief as the Court deems just and equitable.

Respectfully submitted,

DATED 5th day of October, 2007                    /s/
                                                  Linda L. Waugh #T0046
                                                  Assistant Attorney General
                                                  Attorney for Defendants