Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GERI L. WILLIS, | CIVIL ACTION NO. 07-0014 |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| NORTHERN MARIANAS COLLEGE, and DOES I-V | Date: October 30, 2007<br>Time: 9:00 am.<br>Judge: Hon. Alex R. Munson |
| Defendants. | |

**COMES NOW**, Colin M. Thompson on behalf of the Plaintiff, Geri L. Willis and Anthony Welch from the Office of the Attorney General on behalf of the Defendant, Northern Marianas College to stipulate, that the Case Management Conference presently scheduled for **October 30, 2007** at **9:00 a.m.** shall be set for **October 29, 2007** at **9:00 a.m.**

Respectfully submitted by:

/s/
**COLIN M. THOMPSON, ESQ.**
Attorney for Plaintiff

/s/
**ANTHONY WELCH, ESQ.**
Assistant Attorney General
Attorney for Defendant