FILED
Clerk
District Court

OCT 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GERI WILLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN MARIANAS COLLEGE and<br>DOES I - V.<br><br>    Defendants, | Civil Action No. 07-0014<br><br>Order Rescheduling Case<br>Management Conference |

Colin M. Thompson          Anthony Welch
Attorney at Law            Assistant Attorney General
PMB 917, Box 10001         Caller Box 10007
Saipan, MP 96950           Saipan, MP 96950

The Case Management Conference presently scheduled for Tuesday, October 30, 2007, is rescheduled to Monday, October 29, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 25th day of October, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)