FILED
Clerk
District Court

OCT 29 2007

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| GERI WILLIS,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN MARIANAS COLLEGE and DOES I - V.<br><br>Defendants, | Civil Action No. 07-0014<br><br>Case Management Scheduling Order |

Colin M. Thompson
Attorney at Law
PMB 917, Box 10001
Saipan, MP 96950

Anthony Welch
Assistant Attorney General
Caller Box 10007
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on October 29, 2007. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before April 1, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

2. All motions to amend pleadings shall be filed on or before April 1, 2008.

3. All discovery shall be served by March 3, 2008.

4. All discovery motions shall be filed so as to be heard on or before April 24, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. A status conference will be held on February 22, 2008, at 9:00 a.m.

6. All dispositive motions shall be heard on or before May 29, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

7. A settlement conference will be held on June 6, 2008, at 9:30 a.m.

8. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by June 23, 2008.

9. A final pretrial conference will be held on June 27, 2008, at 9:00 a.m.

10. The trial in this case shall begin on July 7, 2008, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 29th day of October, 2007, Garapan, Saipan, CNMI.

_____
JUDGE ALEX R. MUNSON