Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GERI L. WILLIS,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN MARIANAS COLLEGE,<br>and DOES I -V.<br><br>Defendants. | CIVIL ACTION NO. 07-0014<br><br>NOTICE OF SETTLEMENT<br>CONFERENCE<br><br>Date: February 29, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Alex R. Munson |

**COMES NOW**, Plaintiff, Geri L. Willis, through undersigned counsel, to notify the Parties that by agreement of the Parties and the Court, there will be a settlement conference held on Friday, 29th of February at 10:00 a.m.

Respectfully submitted this 25th day of February, 2008.

s/ Colin M. Thompson
**COLIN M. THOMPSON, Esq.**
Attorney fat Law