Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GERI L. WILLIS, | CIVIL ACTION NO. 07-0014 |
| Plaintiff, | STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| NORTHERN MARIANAS COLLEGE, and DOES I -V. | Date:<br>Time: |
| Defendants. | Judge: Hon. Alex R. Munson |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff, Geri L. Willis and Defendant, Northern Marianas College, hereby stipulate and agree to request this Court to Dismiss this matter, in its entirely, with prejudice.

The above parties further agree and stipulate that this Court shall retain jurisdiction over the parties and this matter for purposes of enforcing the terms and provisions of the Settlement Agreement which was executed by the parties in this action and request this Court to include such provision in its Order of Dismissal.

1

Finally, the above parties agree and stipulate that except as set forth in the settlement agreement, each side will bear their own attorney's fees and costs associated with this matter.

Date this 30th day of April, 2008.

**SO STIPULATED:**

Date:  April 30, 2008                               /s/
                                                    **COLIN M. THOMPSON**
                                                    Attorney for Plaintiff, Geri Willis


Date:  April 30, 2008                               /s/
                                                    **R. ANTHONY WELCH**
                                                    Attorney for Defendant, NMC

2