UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

MAY - 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

GERI WILLIS,

      Plaintiff,

vs.

NORTHERN MARIANAS COLLEGE and
DOES I - V.

      Defendants,

Civil Action No. 07-0014

<u>Order Closing File</u>

| | |
|---|---|
| Colin M. Thompson | Anthony Welch |
| Attorney at Law | Assistant Attorney General |
| PMB 917, Box 10001 | Caller Box 10007 |
| Saipan, MP 96950 | Saipan, MP 96950 |

BASED UPON the parties' stipulation of dismissal with prejudice, and good cause appearing, therefrom: NOW, THEREFORE,

FURTHER, the Court shall retain jurisdiction over the parties and this matter for purposes of enforcing the terms and provisions of the Settlement Agreement.

IT IS ORDERED that this file be and hereby is closed.

DATED this 1st day of May, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)